# Motion to Dismiss Bankruptcy

FILED 2010 JUN 18 A 10: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF ARIZONA

6-8-10

Case # 10-16365
Chapter 7

We, Kelvin and Amber Liermann of 21594 N. Sunset Dr. Maricopa, AZ 85139, are requesting the chapter 7 bankruptcy that was filled on May 26, 2010 be dismissed from the bankruptcy court of Arizona. In order for us the resolve our debt to the debtor this file cannot be an active bankruptcy case. It is our wish to dismiss this file upon receiving this request.

Enclose your will find an envelope for a returned receipt acknowledging this file has been dismissed. I will need a receipt ASAP to provide as proof of filing for dismissal.

Thank you for your help in the matter. Any questions I can be reached at 520-470-9332.

Regards,

Kelvin Liermann                                                    6-8-10

*[signature]*                                                      6/8/10

Amber Liermann                                                     6-8-10

*[signature]*                                                      6-8-10

06/17/2010