UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# Minute Entry

**FILED JUL 7 2010**

## Hearing Information:

- **Debtor:** KELVIN ERIC & AMBER DIANNE LIERMANN
- **Case Number:** 4:10-BK-16365-JMM  **Chapter:** 7
- **Date / Time / Room:** WEDNESDAY, JULY 07, 2010 01:30 PM  COURTROOM 206
- **Bankruptcy Judge:** JAMES M. MARLAR
- **Courtroom Clerk:** CINDY TURNBULL
- **Reporter / ECR:** BEVERLY GRANILLO

## Matter:

DEBTORS' MOTION TO DISMISS CASE
R / M #: 10 / 13

## Appearances:

KELVIN LIERMANN, APPEARING BY PHONE

## Proceedings:

COURT: IT DOESN'T APPEAR THE TRUSTEE HAS OPPOSED THE MOTION, AND THEREFORE, THE MOTION TO DISMISS WILL BE GRANTED.

JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE